No. 7252.

JOSE MARTINEZ VS. FRANCOIS GALLOIS. MRS. MARRERO, INTETVENOR.

The forms of law cannot be successfully used to perpetrate fraud under thin disguise
The veil will be lifted by the court, and acts tainted by fraud will be annulled.

APPEAL from the Fourth District Court of New Orleans. HOUSTON, J.

*A. J. Ker* for Plaintiff Appellant. *V. J. Rozier* for Defendant. *Rice* for Intervenor.

Marrero was a manufacturer of cigars and had to give security. His wife owned property. As she could not be surety for him, the business was put in Gallois' name, and she went security for Gallois. Gallois really had no interest in the business, which was solely conducted by Marrero. The wife gave a mortgage which came into the possession of Martinez, who knew the real facts — this mortgage being to secure her husband's debt or liability, actual or contingent. The suit is nominally against Gallois to enforce the mortgage given by Mrs. Marrero, held by Martinez as collateral for the debt due him, as he alleged by Gallois — really by Marrero. The lower court refused judgment.

MARR, J., delivered the opinion affirming the judgment.